BETHANY L. COLEMAN-FIRE, OSB #113574
bethanycolemanfire @dwt.com
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

    Attorneys for Plaintiff

ELLEN F. ROSENBLUM
Attorney General
VANESSA A. NORDYKE, OSB #084339
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
Telephone: (503) 947-4700
Facsimile: (503) 947-4792
Email: Vanessa.A.Nordyke@doj.state.or.us

    Attorneys for Defendants Shelton and Gulick

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| EDWARD ANDREW THOMAS,<br><br>            PLAINTIFF,<br><br>   v.<br><br>MARK NOOTH, Superintendant, SRCI,<br>DR. SHELTON, Medical Director for DOC,<br>Dr. EVANS, Clinical Mental Health Services (EOCI), DARRIN CHRISTOFFERSON B.S. Mental Health Case Manager, DR. GULICK, Practitioner,<br><br>            DEFENDANTS. | Case No. 2:14-CV-64-KI<br><br>STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE |

Page 1 – STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE

DWT 27795727v2 0200868-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

Plaintiff and Defendants hereby stipulate that all claims are hereby dismissed without prejudice. Plaintiff is not precluded on the basis of issue or claim preclusion from seeking future relief related to his medical treatment or status.

IT IS SO STIPULATED this 25 day of September, 2015.

DAVIS WRIGHT TREMAINE LLP

By  s/ Bethany L. Coleman-Fire
Bethany L. Coleman-Fire, OSB #113574
Attorneys for Plaintiff

DEPARTMENT OF JUSTICE

By _____  9/25/2015
Vanessa A. Nordyke, OSB #084339
Attorneys for Defendants Shelton and Gulick

Page 2 – STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE

DWT 27795727v2 0200868-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax