IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EDWARD ANDREW THOMAS, | Case No. 2:14-cv-00064-KI |
| Plaintiff, | ORDER |
| v. | |
| MARK NOOTH, et al., | |
| Defendants. | |

**KING, Judge**.

The parties' stipulated motion to dismiss (ECF No. 65) is GRANTED. This proceeding is DISMISSED, without prejudice. All pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

DATED this 5th day of October, 2015.

/s/ Garr M. King
Garr M. King
United States District Judge

1 - ORDER